# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LISA BERNADETTE HAHN,**
Appellant,

v.

**JOSHUA HARRIS HAHN,**
Appellee.

No. 4D20-220

[January 14, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502018DR006331XXXSB.

Jonathan Mann and Robin Bresky of the Law Offices of Robin Bresky, Boca Raton, for appellant.

Jane Kreusler-Walsh and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach; Lewis R. Shafer and Stephanie R. Amkraut of Shafer Cohen, LLP, Boca Raton; and Toni B. Ross of Toni B. Ross, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***